1
2
3
4
5
6
7
8  # UNITED STATES DISTRICT COURT

9  ## EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 BRANDON HILL, | Case No. 1:18-cv-01550-AWI-SAB |
| 12      Plaintiff, | ORDER RE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT |
| 13      v. | TO FILE ANSWER TO COMPLAINT |
| 14 GENUINE PARTS COMPANY, | (ECF No. 11) |
| 15      Defendant. | |

16

On November 7, 2018, Defendant Genuine Parts Company removed this action from Fresno County Superior Court to the Eastern District of California. On March 8, 2019, a stipulation for an extension of time for Defendant to file an answer to the complaint was filed. The named plaintiff in this action has settled his claims and Plaintiff anticipates filing a motion to amend the complaint to name a new plaintiff. Defendant seeks to extend the time to respond to the complaint until after the court rules on an anticipated motion for leave to amend.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.      Plaintiff shall file a motion for leave to file an amended complaint on or before March 29, 2019;

2.      Defendant responsive pleading shall be filed ten (10) days after the decision on the motion for leave to amend; and

/ / /

1      3.      Failure to comply with this order may result in the issuance of sanctions, up to

2              and including dismissal of this action for failure to comply with a court order.

3    IT IS SO ORDERED.

4

5    Dated:   **March 8, 2019**

                                                    UNITED STATES MAGISTRATE JUDGE