# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON HILL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GENUINE PARTS COMPANY,<br><br>　　　　　Defendant. | Case No. 1:18-cv-01550-AWI-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 12)<br><br>TEN DAY DEADLINE |

　　　　On March 8, 2019, pursuant to the stipulation of the parties, an order issued requiring Plaintiff to file a motion for leave to file an amended complaint on or before March 29, 2019, with Defendant's answer to the complaint due ten days after decision on the motion for leave to amend. (ECF No. 12.) Plaintiff did not file a motion for leave to amend in compliance with the March 8, 2019 order. Accordingly, IT IS HEREBY ORDERED that Defendant shall file a pleading responsive to the complaint within **ten (10) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: __**April 4, 2019**__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1