# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON HILL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GENUINE PARTS COMPANY,<br><br>　　　　　Defendant. | Case No. 1:18-cv-01550-AWI-SAB<br><br>ORDER STRIKING FIRST AMENDED COMPLAINT<br><br>(ECF No. 14) |

Defendant Genuine Parts Company filed a motion to dismiss on November 14, 2018. (ECF No. 4.) On February 26, 2019, District Judge Anthony W. Ishii issued an order granting Defendant's motion to dismiss the seventh cause of action alleged in the complaint and requiring Defendant to file an answer to the complaint within ten days. (ECF No. 10.) On March 8, 2019, pursuant to the stipulation of the parties, an order issued requiring Plaintiff to file a motion for leave to file an amended complaint on or before March 29, 2019, with Defendant's answer to the complaint due ten days after decision on the motion for leave to amend. (ECF No. 12.) Plaintiff did not file a motion for leave to amend in compliance with the March 8, 2019 order, and on April 4, 2019, an order issued requiring Defendant to file a responsive pleading within ten days. (ECF No. 13.) On April 5, 2019, Plaintiff filed an amended complaint. (ECF No. 14.)

Amendment of the complaint is governed by Rule 15 of the Federal Rules of Civil Procedure which provides that a party may amend the party's pleading once as a matter of course

within twenty-one days of serving it or within twenty-one days after a motion to dismiss has been filed. Fed. R. Civ. P. 15(a)(1). Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2).

In this action, Defendants filed a motion to dismiss on November 14, 2018. A plaintiff may amend his complaint once as a matter of course under 15(a)(1), so long as he files it timely. Ramirez v. Cty. of San Bernardino, 806 F.3d 1002, 1007 (9th Cir. 2015). "Since 2009, a plaintiff has the right to amend within twenty-one days of service of the complaint (15(a)(1)(A)), or within twenty-one days of service of a responsive pleading or service of a motion under Rule 12(b), (e), or (f), whichever comes first (15(a)(1)(B). Ramirez, 806 F.3d at 1007.

Here, Plaintiff was required to file his amended complaint within twenty-one days of the filing of the motion to dismiss to be an amendment under Rule 15(a). Plaintiff did not do so, therefore, Plaintiff must either get the written consent of the opposing party or seek leave from the Court to file a second amended complaint. Fed. R. Civ. P. 15(a)(2). Plaintiff did not file a written stipulation to amend nor was leave sought from the Court to file a first amended complaint.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' first amended complaint (ECF No. 14) is stricken from the record.

IT IS SO ORDERED.

Dated: **April 5, 2019**

UNITED STATES MAGISTRATE JUDGE